**Order filed December 29, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00791-CV**
_____

**GALVAN, THOMAS (D/B/A TOM'S TRUCKING), Appellant**

**V.**

**AMISTAD GROUP, LLC, Appellee**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2020-13222**

## O R D E R

The notice of appeal in this case was filed November 20, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 8, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.